THE PEOPLE *v.* CAPPROUBTT ET AL.

APPEAL from the District Court of San Juan.

No. 15.—Decided June 7, 1905.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MANIFEST ERRORS.—There being no bill of exceptions or statement of facts, and it not appearing from the record that any error was committed which would warrant a reversal of the judgment appealed from, the same must be affirmed.

The facts are stated in the opinion.

*Messrs. Anderson and Falcón* for appellant.

*Mr. Rossy, Fiscal,* for respondent.

Mr. JUSTICE HERNÁNDEZ delivered the opinion of the court.

This is an appeal taken by James Capproubtt and María Miranda from a judgment of the District Court of San Juan of August 23d of last year, by which they were sentenced on appeal in a cause for adultery to pay a fine of $201, respectively, or to suffer imprisonment for ninety days, with the costs against the accused.

Counsel for the appellant have not submitted any statement of facts, nor bill of exceptions, nor does the record show that they have attacked the judgment of the trial court in any way, nor have they in this Supreme Court made the slightest written or oral allegation in support of the appeal.

No ground for the reversal or modification of the judgment appealed from being found, we believe that it should be affirmed, with the costs of the appeal also against the accused.

*Affirmed.*

Chief Justice Quiñones and Justices Figueras, MacLeary and Wolf concurred.